In the Matter of the Will of WILLIAM McINTYRE, Deceased.

FIFTH AVENUE BANK OF NEW YORK, as Trustee, Respondent; WILLIS McINTYRE, Appellant.

Argued September 28, 1937; decided October 19, 1937.

*Edwin M. Bourke* for appellant.

*Walter Jeffreys Carlin, Pallister Hamilton Feely* and *Frederick H. Patterson* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.